**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MAURO GUTIERREZ-GUTIERREZ,
A# 022-778-698,**

    Petitioner,

vs.                                Case No. 4:18cv305-RH/CAS

**JEFF SESSIONS, et al.,**

    Respondents.

                                          /

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on June 29, 2018. ECF No. 1. Petitioner did not, however, pay the $5.00 filing fee for this case, nor did Petitioner submit a financial affidavit and request leave to proceed with in forma pauperis status. An Order was entered on July 16, 2018, directing Petitioner to do one or the other by August 16, 2018. ECF No. 4. That Order, however, was returned to the Court as "undeliverable." ECF No. 5. The return envelope states only that Petitioner was "no longer" at the Wakulla County Jail. *Id.* No forwarding address was provided and

no additional address has been located for Petitioner.  Therefore, because nothing further has been received from Petitioner, this case should now be summarily dismissed for failure to prosecute.

It is respectfully **RECOMMENDED** that this petition for writ of habeas corpus, ECF No. 1, be **DISMISSED** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on August 21, 2018.

        S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**