# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

MAURO GUTIERREZ-GUTIERREZ,

    Petitioner,

v.                                             CASE NO. 4:18cv305-RH/CAS

JEFF SESSIONS et al.,

    Respondents.

_____/

## ORDER DISMISSING THE PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed without prejudice." The clerk must close the file.

SO ORDERED on November 14, 2018.

                                               s/Robert L. Hinkle
                                               United States District Judge